IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN CARLOS DELGADO,<br><br>Defendant. | CASE NO.  1:15-CR-00136-JLT-SKO<br><br><u>ORDER GRANTING MOTIONS FOR EXTENSION OF TIME</u> |

On January 28, 2022, Defendant requested additional time (*see* Doc. 32) to file a supplement to a compassionate release motion he previously filed *pro se* (Doc. 24).

On February 23, 2022, the Government requested an extension of time to May 31, 2022, to file its response to any supplemented compassionate release motion.  (Doc. 24.)

For the reasons set forth in both requests and good cause appearing, IT IS HEREBY ORDERED that both requests are GRANTED.  Defendant's supplement shall be filed on or before April 22, 2022.  The Government's response to the supplemented motion shall be filed on or before May 31, 2022.  Defendant may file a reply on or before July 15, 2022.

IT IS SO ORDERED.

Dated:     **March 14, 2022**

_____
UNITED STATES DISTRICT JUDGE

1