PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00136-JLT-SKO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| ADRIAN CARLOS DELGADO, | |
| Defendant. | |

On May 27, 2022, the Government requested an extension of time to June 30, 2022, to file its response or motion to dismiss defendant's *pro se* compassionate release motion and supplement. Dkt. 24, 36.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due June 30, 2022.

IT IS SO ORDERED.

Dated: __May 27, 2022__

_____
UNITED STATES DISTRICT JUDGE

1