# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ADRIAN CARLOS DELGADO,<br><br>   Defendant. | Case No.  1:15-CR-00136-JLT-SKO<br><br>ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION<br><br>(Doc. 48) |

Adrian Carlos Delgado seeks a reduction in his sentence based upon the Amendments to the United States Sentencing Guidelines, by claiming he was a "zero-point offender" and because he received "status points." Doc. 48 at 3-5. In fact, Mr. Delgado's criminal history placed him in a criminal history category VI. Though he received two "status points," he had 15 criminal history points already. Reducing his points to 16, does not reduce his criminal history category. Thus, the motion is **DENIED**.

**I.     ANALYSIS**

Mr. Delgado pleaded guilty to one count of felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) and one count of possession of a firearm in a school zone in violation of 18 U.S.C. § 922(q)(2)(A). (Doc. 18) At the sentencing hearing, the Court determined Mr. Delgado had suffered convictions in 2002 for Possession of a Controlled Substance for Sale, in 2006 for DUI, in 2007 for Possession of Marijuana, in 2008 for Possession of Marijuana for

Sale, in 2009 for Felon in Possession of a Firearm and Receiving Stolen Property and in 2011 for vehicle theft. *Id*. These convictions resulted in him being assigned 15 criminal history points. *Id*. at 10. Because he was under a term of PRCS at the time he committed the offenses at issue, the Court added two additional points to the total as indicated by former § 4A1.1(d) of the United States Sentencing Guidelines. *Id*. According to the Sentencing Table in USSG Chapter 5, Part A, these 17 criminal history points, placed him in a criminal history category VI. *Id*. Because § 4C1.1 provides for a reduction only for those with no criminal history points, Mr. Delgado is not entitled to the adjustment.

As noted by Mr. Delgado, § 4A1.1(e) of the United States Sentencing Guidelines has been amended to allow impose one added status point for those who commit their crimes while under supervision if the defendant has seven criminal history points by that time. As noted above, Mr. Delgado had 15 points. A defendant is placed in Criminal History Category VI when the defendant has 13 or more criminal history points. Thus, the amendment to § 4A1.1, does not impact Mr. Delgado's criminal history category. Thus, Mr. Delgado is not entitled to a sentence reduction. Consequently, Mr. Delgado's motion to reduce his sentence (Doc. 48) is **DENIED**.

IT IS SO ORDERED.

Dated:   **April 1, 2024**

UNITED STATES DISTRICT JUDGE